UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH WISE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ULTA SALON COSMETICS & FRAGRANCE, INC.; and DOES 1-100, inclusive,<br><br>　　　　　Defendants. | No. 1:17-cv-00853-DAD-EPG<br><br>ORDER APPROVING STIPULATION TO FILE FIRST AMENDED COMPLAINT<br><br>(Doc. No. 13) |

　　　　On November 20, 2017, plaintiff, Elizabeth Wise, and defendant ULTA Salon, Cosmetics & Fragrance, Inc., stipulated to allow plaintiff leave to file a first amended class action complaint. (Doc. No. 13.) The parties attached a copy of the proposed first amended complaint as Exhibit A to the stipulation. (Doc. No. 13-1, Ex. A.) The court approves the filed stipulation and orders that:

1. Plaintiff Elizabeth Wise shall be granted leave to file a first amended class action complaint in the above-captioned matter;
2. Upon the granting of this order, the Clerk of the Court shall accept and file the attached first amended class action complaint (Doc. No. 13-1, Ex. A);

1

3. Service of the first amended class action complaint shall be effective ten (10) days after the parties receive notice via ECF that the court has signed this order; and

4. Defendant ULTA Salon, Cosmetics, & Fragrance, Inc. shall have 30 days from the date of service to respond.

IT IS SO ORDERED.

Dated: **November 21, 2017**

UNITED STATES DISTRICT JUDGE