UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH WISE,<br><br>        Plaintiff,<br><br>    v.<br><br>ULTA SALON, COSMETICS & FRAGRANCE, INC., and DOES 1–100, inclusive,<br><br>        Defendants. | No. 1:17-cv-00853-DAD-EPG<br><br>ORDER GRANTING JOINT STIPULATION SETTING DEADLINE AND HEARING DATE FOR MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>(Doc. No. 20) |

On June 8, 2018, the parties filed a joint stipulation to set a deadline and hearing date for a motion for preliminary approval of a class action settlement. (Doc. No. 20.) Good cause appearing and the parties having so stipulated, it is hereby ordered that the parties shall submit the settlement agreement for preliminary approval by June 29, 2018, and that the hearing for preliminary approval of the settlement agreement shall be August 7, 2018.

IT IS SO ORDERED.

Dated: **June 12, 2018**

                                      /s/ Dale A. Drozd
                              UNITED STATES DISTRICT JUDGE