| 1 | RICHARD H. RAHM, Bar No. 130728 |
| | KAI-CHING CHA, Bar No. 218738 |
| 2 | JULIE A. STOCKTON, Bar No. 286944 |
| | LITTLER MENDELSON, P.C. |
| 3 | 333 Bush Street, 34th Floor |
| | San Francisco, CA 94104 |
| 4 | Telephone: (415) 433-1940 |
| | Facsimile: (415) 399-8490 |
| 5 | Email: kcha@littler.com |
| | jstockton@littler.com |

Attorneys for Defendant
*ULTA SALON, COSMETICS & FRAGRANCE, INC.*

***ADDITIONAL COUNSEL LISTED ON FOLLOWING PAGE***

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

| ELIZABETH WISE, an individual, | CASE NO. 1:17-CV-00853-DAD-EPG (Lead Case) |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO STAY CASE DEADLINES PENDING APPROVAL OF SETTLEMENT** |
| ULTA SALON, COSMETICS & FRAGRANCE, INC., and DOES 1-100, inclusive, | |
| Defendants. | |
| JULIE ZEPEDA, individually and on behalf of all others similarly situated, | CASE NO. 1:18-CV-00750-DAD-BAM (Member Case) |
| Plaintiff, | |
| vs. | |
| ULTA SALON, COSMETICS & FRAGRANCE, INC., a Delaware corporation, and DOES 1 through 50, inclusive, | |
| Defendants. | |

1

MAYALL HURLEY P.C.
ROBERT J. WASSERMAN (SBN: 258538)
rwasserman@mayallaw.com
WILLIAM J. GORHAM (SBN: 151773)
wgorham@mayallaw.com
NICHOLAS J. SCARDIGLI (SBN: 249947)
nscardigli@mayallaw.com
VLADIMIR J. KOZINA (SBN: 284645)
vjkozina@mayallaw.com
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone: (209) 477-3833
Facsimile: (209) 473-4818

Attorneys for Plaintiff
*ELIZABETH WISE and the Putative Class*

WILLIAM L. MARDER, ESQ. (CBN 170131)
Polaris Law Group LLP
501 San Benito Street, Suite 200
Hollister, CA 95023
Tel: (831) 531-4214
Fax: (831) 634-0333
Email: bill@polarislawgroup.com

Dennis S. Hyun (State Bar No. 224240)
dhyun@hyunlegal.com
HYUN LEGAL, APC
515 S. Figueroa Street, Suite 1250
Los Angeles, California 90071
(213) 488-6555
(213) 488-6554 facsimile

Edward W. Choi, Esq. SBN 211334
edward.choi@calaw.biz
LAW OFFICES OF CHOI & ASSOCIATES
A Professional Corporation
515 S. Figueroa St., Suite 1250
Los Angeles, CA 90071
Telephone: (213) 381-1515
Facsimile: (213) 465-4885

Attorneys for Plaintiff
*JULIE ZEPEDA and the Putative Class*

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | Plaintiff ELIZABETH WISE ("Plaintiff WISE") and Defendant ULTA SALON, |
| 3 | COSMETICS & FRAGRANCE, INC. ("Defendant") and Plaintiff JULIE ZEPEDA (collectively the |
| 4 | "Parties") by and through their respective counsel of record hereby stipulate to stay discovery pending |
| 5 | approval of the settlement in the above-entitled consolidated actions. |
| 6 | **WHEREAS**, on June 26, 2017, Plaintiff WISE filed this putative class action in the Eastern |
| 7 | District of California. |
| 8 | **WHEREAS**, on November 13, 2017 the putative class action, *Zepeda v. ULTA Salon,* |
| 9 | *Cosmetics & Fragrance, Inc.*, Case No. 30-2017-000955264-CU-OE-CXC was filed in the Superior |
| 10 | Court of the State of California, Orange County ("*Zepeda*") involving the similar California wage and |
| 11 | hour claims and common questions of law and fact. |
| 12 | **WHEREAS**, on June 1, 2018, the Court denied Defendant's pending Motion to Dismiss, and |
| 13 | transferred *Zepeda* from the Central District to the Eastern District of California. [*Zepeda*, Dkt. No. |
| 14 | 26; case number 1:18-cv-00750-DAD-BAM.] |
| 15 | **WHEREAS,** on August 8, 2018, the Court consolidated the putative class action, *Zepeda*, as |
| 16 | a member case with the first-filed *Wise* action as the lead case. [Dkt. No. 30.] |
| 17 | **WHEREAS,** the Court set deadlines on July 19, 2018, which includes the following dates: |
| 18 | Motion for Class Certification filing deadline is 7/12/2019, with said motion to be noticed before, and |
| 19 | in compliance with, District Judge Dale A. Drozd's law and motion calendar and motion filing |
| 20 | requirements; Non-Expert Discovery due by 2/28/2019; Designation of Expert Witnesses due by |
| 21 | 4/12/2019; Rebuttal Designation of Expert Witnesses due by 5/10/2019; Expert Discovery due by |
| 22 | 6/7/2019; Dispositive Motions filed by 1/17/2020; Pretrial Conference set for 5/18/2020 at 01:30 PM |
| 23 | in Courtroom 5 (DAD) before District Judge Dale A. Drozd; Jury Trial set for 7/21/2020 at 01:00 PM |
| 24 | in Courtroom 5 (DAD) before District Judge Dale A. Drozd. [Dkt. Nos. 27, 28.] |
| 25 | **WHEREAS,** the Parties agreed to, and participated in mediation with Mr. Steven Serratore on |
| 26 | January 24, 2019. While no settlement was reached during the mediation, the Parties participated in |
| 27 | continued negotiations with Mr. Serratore and reached an agreement on February 8, 2019. |
| 28 | **WHEREAS,** the Parties are working cooperatively to finalize and file a long-form settlement |

agreement and motion for preliminary approval of the settlement agreement reached between the Parties.

**WHEREAS,** the Parties would like to focus on the finalization of the long-form settlement agreement and the related motion, and vacate all deadlines under the currently-set schedule. [Dkt. No. 27.]

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:**

All deadlines, including trial, as set forth in the minute orders, docket numbers 27 and 28, are stayed pending approval of the settlement of the consolidated cases and, if no such approval is granted, then all deadlines, including trial, will be re-calendared based on the date of denial of the motion for preliminary approval.

DATED: February 12, 2019

   */s/ Julie Stockton*
RICHARD H. RAHM
KAI-CHING CHA
JULIE A. STOCKTON

LITTLER MENDELSON, P.C.
Attorneys for Defendant
ULTA SALON, COSMETICS & FRAGRANCE, INC.

DATED: February 12, 2019

   */s/ Robert J. Wasserman*
ROBERT J. WASSERMAN
WILLIAM J. GORHAM, III

MAYALL HURLEY P.C.
Attorneys for Plaintiff Elizabeth Wise and the Putative Class

| | | |
|---|---|---|
| 1 | DATED: February 12, 2019 | |
| 2 | | _/s/ William L. Marder_ |
| | | WILLIAM L. MARDER |
| 3 | | POLARIS LAW GROUP LLP |
| 4 | | Attorneys for Plaintiff JULIE ZEPEDA and the Class |
| 5 | DATED: February 12, 2019 | |
| 6 | | _/s/ Dennis S. Hyun_ |
| | | Dennis S. Hyun |
| 7 | | HYUN LEGAL, APC |
| 8 | | Attorneys for Plaintiff JULIE ZEPEDA and the Class |
| 9 | DATED: February 12, 2019 | |
| 10 | | _/s/ Edward W. Choi_ |
| | | Edward W. Choi |
| 11 | | LAW OFFICES OF CHOI & ASSOCIATES |
| 12 | | Attorneys for Plaintiff JULIE ZEPEDA and the Class |

### **FILER'S ATTESTATION**

Pursuant to Local Rules, I, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: February 12, 2019

　　　　　　　　　　　　　　　　　　_/s/ Julie Stockton_
　　　　　　　　　　　　　　　　　　JULIE A. STOCKTON

# ORDER

For good cause appearing and the reasons set forth in the above stipulation, the Court grants the Parties' stipulation to stay all deadlines, including trial, as set forth in the minute orders (ECF Nos. 27, 28) pending approval of the settlement of the consolidated cases and, if no such approval is granted, then all of the deadlines, including trial, will be re-calendared based on the date of denial of the motion for preliminary approval.

IT IS SO ORDERED.

Dated: **February 13, 2019**

/s/ *Eric P. Gross*
UNITED STATES MAGISTRATE JUDGE