**MAYALL HURLEY P.C.**
**ROBERT J. WASSERMAN (SBN: 258538)**
**rwasserman@mayallaw.com**
**WILLIAM J. GORHAM (SBN: 151773)**
**wgorham@mayallaw.com**
**2453 Grand Canal Boulevard**
**Stockton, California 95207-8253**
**Telephone: 209.477.3833**
**Facsimile: 209.473.4818**

**LAW OFFICES OF CHOI & ASSOCIATES**
**Edward W. Choi, Esq. SBN 211334**
**edward.choi@calaw.biz**
**515 S. Figueroa St., Suite 1250**
**Los Angeles, CA 90071**
**Telephone: 213.381.1515**
**Facsimile: 213.465.4885**

**Dennis S. Hyun (SBN: 224240)**
**dhyun@hyunlegal.com**
**HYUN LEGAL, APC**
**515 S. Figueroa Street, Suite 1250**
**Los Angeles, California 90071**
**Telephone: 213.488.6555**
**Facsimile: 2123.488.6554**

**Polaris Law Group LLP**
**WILLIAM L. MARDER (SBN: 170131)**
**bill@polarislawgroup.com**
**501 San Benito Street, Suite 200**
**Hollister, CA 95023**
**Tel: 831.8531.4214**
**Fax: 831.634.0333**

**Attorneys for Plaintiffs Elizabeth Wise, Julie Zepeda and the Putative Class**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELIZABETH WISE, an individual,**<br><br>     Plaintiff,<br><br>vs.<br><br>**ULTA SALON, COSMETICS & FRAGRANCE, INC.; and DOES 1-100, inclusive,**<br><br>     Defendants. | **Case No.: 1:17-cv-00853-DAD (Lead Case)**<br><br>**Case No.: 1-18-cv-00750-DAD (Member Case)**<br><br>**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**Date:       June 18, 2019**<br>**Time:       9:30 a.m.**<br>**Courtroom: 5, 7th Floor**<br>**Judge:       Hon. Dale A. Drozd** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, on June 18, 2019 at 9:30 a.m., or as soon thereafter as counsel may be heard, Plaintiffs Elizabeth Wise and Julie Zepeda ("Plaintiffs"), will bring on for hearing before the Honorable Judge Dale A. Drozd, in Courtroom 6, 7th Floor, Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, CA 93721, this unopposed Motion for Preliminary Approval of Class and Action Settlement (the "Motion").[1]  The Motion respectfully requests the Court grant:

1. Preliminary and conditional certification of the Class described in the proposed Class Action Settlement Agreement and Release of Claims ("Settlement");
2. Preliminary approval of Plaintiffs as Class Representatives;
3. Preliminary approval of Mayall Hurley P.C., by and through Lead Counsel Robert J. Wasserman, William J. Gorham, III, Nicholas J. Scardigli, and Vladimir J. Kozina; Polaris Law Group, LLP, by and through William L. Marder; Law Offices of Choi & Associates, by and through Edward W. Choi; and Hyun Legal, APC, by and through Dennis S. Hyun, as Class Counsel;
4. Preliminary approval of the Settlement, finding it to be fair, reasonable, adequate, and in the best interest of the Class;
5. Approval as to the form and content of the proposed Class Notice, a copy of which is attached as Exhibit 1 to the Settlement Agreement;
6. Approval as to the method of notice described in the Settlement;
7. Authorization for dissemination of the Class Notice pursuant to the terms of the Settlement;
8. An order appointing and approving Simpluris, Inc. as Claims Administrator, and for preliminary approval of the costs of administration of the Qualified Settlement Fund for an amount, as declared, not to exceed $16,000;
9. Preliminary approval of the proposed PAGA allocation and payment to the LWDA;

---

[1] Pursuant to Section 1, Subsection C. of this Court's Standing Order in Civil Actions, the Parties have met and conferred and Defendant ULTA Cosmetics, Salon, Cosmetics, & Fragrance, Inc. does not oppose the relief sought by the Motion.

10. Preliminary approval of service payments in the amount of $10,000 each to Plaintiffs in consideration for their service as Class Representatives;

11. Preliminary approval of attorneys' fees in an amount not to exceed one-third of the Maximum Settlement Amount, or $1,133,333.33, and declared costs of up to $60,000.00;

12. An Order of Preliminary Approval containing a schedule for the implementation of the terms of the Settlement, including deadlines for the mailing the notice, the filing of opt-outs or objections, and the filing of papers in connection with the Final Approval Hearing; and

13. An order setting the Final Approval Hearing for the Court to consider final approval of the Settlement and its terms, as well as an award of attorneys' fees and costs for Class Counsel, and the Service Payments for Plaintiffs.

This Motion is based on the Notice of Motion; the Memorandum of Points and Authorities; the accompanying Declarations of Robert J. Wasserman, with exhibits (including the Settlement Agreement), the William J. Gorham, Vladimir J. Kozina, Edward W. Choi, Dennis S. Hyun, William L. Marder, Elizabeth Wise; the pleadings, orders, and other papers on file in this matter; and any further evidence and arguments as may be presented at the hearing of this matter.

**DATED:** May 16, 2019          **MAYALL HURLEY P.C.**

By  */s/ Robert J. Wasserman*
ROBERT J. WASSERMAN
WILLIAM J. GORHAM, III
Attorneys for Plaintiffs and the Putative Class